FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 21 2015

CHRISTOPHER A. PRINE
CLERK

May 18, 2015

Attention: Christopher A. Prine,
Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RE: Court of Appeals Number: 01-04-01071-CR   Trial Court Case
Number: 21,928, David James v. The State.

Dear Christopher A. Prine, Clerk:

Sometime between 5-7-2015 and 5-13-2015 the inmate Trust Fund
issued a withdrawal check for $4.24 (four dollars and tewnty four
cents to be mailed to you for the requested records, 7 pages of
Supplemental Clerk's Record. Due to the delay in this procedure,
I had a Family Member send a money order from Post Office, serial
number: 22344760495 on May 4, 2015. I have not received requested
records and am now requesting to check your records and please
forward the requested records, either by sending two copies or
one copy and refund the additional $4.24 back to my Inmate Trust
Fund Account. I would appreciate immediate resolution of this and
the provision of the needed records so I can proceed into the court
as soon as I recieve the records. Thank you.

Respectfully Submitted,

David James # 1251548
McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
19 MAY 2015 PM 1 L

David James # 1251548
McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

**Court of Appeals, First District**
Attention: Caristopher A. Prine
301 Fannin Street
Houston, Texas 77002-2066

770022066S9